COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Anthony Norman v. State of Texas

Appellate case number: 01-13-00334-CV

Trial court case number: 2011-07161

Trial court: 189th District Court of Harris County

On May 10, 2013, appellant, Anthony Norman, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On October 8, 2013, the district clerk filed a special clerk's record in this cause, including a copy of appellant's affidavit of indigence. The record does not reflect that any contest to the affidavit of indigence was filed. Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

Appellant's brief is **ORDERED** filed with this Court within 30 days after the date the clerk's record is filed.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                   ☒ Acting individually    ☐ Acting for the Court

Date: October 31, 2013

---

[1] There is no reporter's record.